# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANDREW KRAMER,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>RON BROOMFIELD,<br><br>　　　　Respondent. | No. CV 23-04477-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

　　　Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed, and the time to file objections has expired. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that Judgment be entered granting Respondent's Motion to Dismiss (Dkt. 10) and dismissing this action without prejudice under the abstention doctrine of <u>Younger v. Harris</u>, 401 U.S. 37 (1971), and for failure to exhaust state judicial remedies.

Date: February 06, 2024

　　　　　　　　　　　　　　　　　　　　　／s／ *(signature)*
　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　United States District Judge