JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANDREW KRAMER, <br><br> Petitioner, <br><br> v. <br><br> RON BROOMFIELD, <br><br> Respondent. | No. CV 23-04477-JAK (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Respondent's Motion to Dismiss is granted and this action is dismissed without prejudice.

Date: February 06, 2024

_____
JOHN A. KRONSTADT
United States District Judge